AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Lemarcus Allison
**NAME OF DEBTOR**

CASE NO. 19-58681

250 Montrose Dr
**ADDRESS**

TELEPHONE NO. 404-819-7186

McDonough, GA 30253
**CITY, STATE, ZIP**

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:   YES ☐   NO ☒

If someone did assist you, list their name and address:

_____
**NAME**

_____
**ADDRESS**

_____          _____
**CITY, STATE, ZIP CODE**              **TELEPHONE NUMBER**

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:   YES ☐   NO ☐   IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:   YES ☐   NO ☐

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

_____
**PRO SE PETITIONER**

Subscribed and sworn to before me on the 5 day of June, 2019

_____          _____
**NOTARY PUBLIC**                       **DEPUTY CLERK**

F61 (psafdt)04/04