IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| LEMARCUS ALLISON, ) | |
| ) | |
| Debtor, ) | CASE NO. 19-58681- |
| ) | |

**Motion for Additional Time to File
Chapter 13 Schedules, Other Documents and
Information Required Under 11 U.S.C. § 521(a)(1)**

Debtor, LeMarcus Allison, Pro Se, respectfully represents:

1.

Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on June 4, 2019.

2.

Debtor's petition was prepared and filed in an expedited manner to stop a pending foreclosure sale of the Debtor's home scheduled for June 4, 2019. The Debtor was therefore unable to gather all the necessary documents for completing the chapter 13 schedules, statement of affairs, plan, and other information and documents required under section 521(a)(1) when the petition was filed.

3.

During the next few weeks, Debtor will have little ability or opportunity to take the steps necessary to complete the Chapter 13 Statement and pPan on time.

4.

It is requested that the Court grant the Debtor an additional period of forty-five (45) days, pursuant to 11 U.S.C. § 521(i)(3) and Rules 1007(c) and 3015(b) of the Federal Rules of Bankruptcy Procedure, so that the Debtor may retain and assist counsel in submitting the necessary forms and information.

5.

This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted an additional extension of time.

WHEREFORE, Debtor requests that this Court grant him an extension of time until July 22, 2019, in which to file his chapter 13 schedules, statement of affairs, payment advices, statement of current monthly income and disposable income calculation, chapter 13 plan, and all other information and forms required by 11 U.S.C. § 521(a)(1).

This 17th day of June, 2019.

Respectfully,

/s/ Lemarcus Allison
Lemarcus Allison
Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: )
 )  CHAPTER 13
**LEMARCUS ALLISON,** )
 )
 Debtor, )  CASE NO. 19-58681-
 )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am the Debtor and that I have this day served the foregoing Motion for Additional Time to File Chapter 13 Schedules, Other Documents and Information Required Under 11 U.S.C. § 521(a)(1) upon all parties to this matter as follows:

>Chapter 13 Trustee
>United States Bankruptcy Court
>Northern District of Georgia
>75 Ted Turner Drive SW
>Atlanta, GA 30303

This 17th day of June, 2019.

Respectfully,

*/s/ Lemarcus Allison*
Lemarcus Allison
Debtor