**IT IS ORDERED as set forth below:**



**Date: June 21, 2019**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-58681-WLH |
| | ) | |
| LEMARCUS ALLISON | ) | CHAPTER 13 |
| | ) | |
| Debtor(s). | ) | JUDGE WENDY L. HAGENAU |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE CHAPTER 13 PLAN AND SCHEDULES**

This matter arose upon the Debtor(s) Motion for an extension of time to file Chapter 13 Plan, Schedules and Statements required by Bankruptcy Rule 1007 and 11 U.S.C. §521 [Docket No. 11].  It appears that just cause exists for the granting of such Application, provided that said statements and schedules are filed with the Bankruptcy Clerk and served upon the Chapter 13 Trustee at least seven (7) days before the §341 examination of the Debtor(s) by creditors and the Trustee.  The case docket reflects the §341 Meeting of Creditors is to be held on July 11, 2019.  Accordingly, it is hereby,

**ORDERED** that the time for said Debtor(s) to file said plan and schedules is hereby extended to **July 3, 2019**.

The Clerk of Court is directed to serve a copy of this Order upon the Debtor(s), the Chapter 13 Trustee and all parties and creditors on the Mailing Matrix.

**END OF DOCUMENT**